<table>
<tr><td colspan="3" style="background:black;color:white"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CoWorkrs 55 Broadway LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Bond 55 Broadway** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0869191** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

    **Mailing address, if different from principal place of business**

**55 Broadway, 3rd Floor
New York, NY 10006**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**New York**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |

    ☐ Partnership (excluding LLP)

    ☐ Other. Specify: _____

11/27/23  4:54PM

| Debtor | **CoWorkrs 55 Broadway LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5311

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

11/27/23 4:54PM

| Debtor | CoWorkrs 55 Broadway LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **CoWorkrs 3rd Street LLC** | Relationship | **Affiliate** |
| District | **Eastern District of New York** | When **11/27/23** | Case number, if known **23-44306** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

11/27/23  4:54PM

Debtor    **CoWorkrs 55 Broadway LLC**                              Case number (*if known*) _____
_____
Name

**16.   Estimated liabilities**        ☐ $0 - $50,000                      ■ $1,000,001 - $10 million              ☐ $500,000,001 - $1 billion
                                       ☐  $50,001 - $100,000               ☐ $10,000,001 - $50  million           ☐ $1,000,000,001 - $10 billion
                                       ☐ $100,001 - $500,000              ☐ $50,000,001 - $100 million           ☐ $10,000,000,001 - $50 billion
                                       ☐ $500,001 - $1 million            ☐ $100,000,001 - $500 million          ☐ More than $50 billion

11/27/23  4:54PM

| Debtor | **CoWorkrs 55 Broadway LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 27, 2023**
MM / DD / YYYY

**X /s/ David Goldwasser**          **David Goldwasser**
Signature of authorized representative of debtor          Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ Avrum J. Rosen**          Date    **November 27, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Avrum J. Rosen**
Printed name

**Law Offices of Avrum J. Rosen, PLLC**
Firm name

**38 New St**
**Huntington, NY 11743-3327**
Number, Street, City, State & ZIP Code

Contact phone    **631-423-8527**        Email address    **arosen@ajrlawny.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **CoWorks 55 Broadway LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 27, 2023**    X **/s/ David Goldwasser**
                                        Signature of individual signing on behalf of debtor

                                        **David Goldwasser**
                                        Printed name

                                        **Chief Restructuring Officer**
                                         Position or relationship to debtor

11/27/23  4:54PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CoWorkrs 55 Broadway LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **55 Broadway Associates 24 West 40th Street New York, NY 10018** | | | **Contingent Disputed** | | | **$1,304,430.51** |
| **City Printing & Signs 163 W 35 St New York, NY 10001** | | | | | | **$409.00** |
| **Empire Pest Control 438 Court Street Brooklyn, NY 11231** | | | | | | **$136.09** |
| **Fresh Direct Inc. 23-30 Bordon Avenue Long Island City, NY 11101** | | | **Disputed** | | | **$2,357.26** |
| **Instant Offices 5505 N. Cumberland Ave Suite 307 Chicago, IL 60656** | | | | | | **$1,800.00** |
| **Iron Mountain 2 Sun Court Norcross, GA 30092** | | | | | | **$634.28** |
| **Lease Direct Inc. 1111 Old Eagle School Rd Wayne, PA 19087** | | | | | | **$0.00** |
| **Leon Goldenberg 1360 E. 14th St Suite 101 Brooklyn, NY 11230** | | | **Unknown** | **$0.00** | | **Unknown** |

11/27/23  4:54PM

Debtor **CoWorkrs 55 Broadway LLC**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Liquid Space Inc 1900 S. Norfolk Street, Suite 350 San Mateo, CA 94403** | | | | | | **$1,653.04** |
| **Network Solutions LLC 515 Broadhallow Rd Melville, NY 11747** | | | | | | **$127.21** |
| **Small Business Admin. 26 Federal Plaza Suite 3100 New York, NY 10278** | | | | **$160,695.12** | **$0.00** | **$160,695.12** |
| **WUN Systems LLC PO BOX 209414 Austin, TX 78720** | | | | | | **$1,931.44** |

11/27/23  4:54PM

**Fill in this information to identify the case:**

Debtor name      **CoWorkrs 55 Broadway LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NEW YORK

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ _____4,386,535.11

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $ _____4,386,535.11

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____160,695.12

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ _____1,313,478.83

4.    **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b    $ _____1,474,173.95

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

11/27/23  4:54PM

**Fill in this information to identify the case:**

Debtor name        **CoWorkrs 55 Broadway LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Checking** | **5682** | **$127,207.09** |
| 3.2. | **Chase Bank** | **Checking** | **7761** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$127,207.09**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit
      **Security Deposit of 25N Coworking, on behalf of AArete**
      **55 Broadway,**
7.1.  **New York, NY 10006**                                                                            **$405.00**

11/27/23  4:54PM

Debtor       **CoWorkrs 55 Broadway LLC**                          Case number *(If known)* _____
_____
             Name

|  | | |
|---|---|---|
| 7.2. | **Security Deposit of Aline Studios**<br>**55 Broadway, Office 402**<br>**New York, NY 10006** | **$2,999.65** |
| 7.3. | **Security Deposit of Apollo Publishers**<br>**55 Broadway, Office 410**<br>**New York, NY 10006** | **$1,700.00** |
| 7.4. | **Security Deposit of Arun Pillai-Essex**<br>**55 Broadway,**<br>**New York, NY 10006** | **$450.00** |
| 7.5. | **Security Deposit of Barker Langham**<br>**55 Broadway,**<br>**New York, NY 10006** | **$450.00** |
| 7.6. | **Security Deposit of Barton Gilman**<br>**55 Broadway, Office 412**<br>**New York, NY 10006** | **$3,732.75** |
| 7.7. | **Security Deposit of BNI**<br>**55 Broadway,**<br>**New York, NY 10006** | **$540.00** |
| 7.8. | **Security Deposit of BRX Global**<br>**55 Broadway, Office 426**<br>**New York, NY 10006** | **$1,627.50** |
| 7.9. | **Security Deposit of Cadmus Group**<br>**55 Broadway, Office 406**<br>**New York, NY 10006** | **$3,550.00** |
| 7.10. | **Security Deposit of Capital for Communities, LLC**<br>**55 Broadway, Office 316**<br>**New York, NY 10006** | **$945.00** |
| 7.11. | **Security Deposit of Caring Across Generation**<br>**55 Broadway,**<br>**New York, NY 10006** | **$405.00** |
| 7.12. | **Security Deposit of Cavalcade Group**<br>**55 Broadway,**<br>**New York, NY 10006** | **$450.00** |
| 7.13. | **Security Deposit of Coordinated Behavioral Care**<br>**55 Broadway, Office 700**<br>**New York, NY 10006** | **$30,000.00** |
| 7.14. | **Security Deposit of Douglass Rademacher LLP**<br>**55 Broadway, Office 420**<br>**New York, NY 10006** | **$1,200.00** |

11/27/23  4:54PM

Debtor     **CoWorkrs 55 Broadway LLC**                          Case number *(If known)* _____
           Name

|        |                                                                           |             |
|--------|---------------------------------------------------------------------------|-------------|
| 7.15.  | **Security Deposit of Downey Interiors**<br>**55 Broadway, Office 429**<br>**New York, NY 10006** | **$1,627.50** |
| 7.16.  | **Security Deposit of Eboost**<br>**55 Broadway, Office 313**<br>**New York, NY 10006** | **$3,352.50** |
| 7.17.  | **Security Deposit of EXABEL**<br>**55 Broadway, Office 431**<br>**New York, NY 10006** | **$2,128.22** |
| 7.18.  | **Security Deposit of Horticultural Creations**<br>**55 Broadway, 421**<br>**New York, NY 10006** | **$9,500.00** |
| 7.19.  | **Security Deposit of ICA Group**<br>**55 Broadway, Office 308**<br>**New York, NY 10006** | **$2,852.72** |
| 7.20.  | **Security Deposit of other Licensees at**<br>**55 Broadway**<br>**New York, NY 10006**<br>**SEE Attachment Exhibit 1** | **$135,794.18** |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                            | **$203,710.02** |
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

11/27/23 4:54PM

Debtor    **CoWorkrs 55 Broadway LLC**                            Case number *(If known)* _____
          Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Various Office Furniture | **$0.00** | | **$328,873.00** |
| 40. | **Office fixtures** Various Office Fixtures | **$0.00** | | **$231,676.00** |
| | Various Office Equipment | **$0.00** | | **$3,495,069.00** |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$4,055,618.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

11/27/23 4:54PM

Debtor    **CoWorkrs 55 Broadway LLC**    Case number *(If known)* _____
_____
Name

☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

       **Causes of Action against Oren Richland and Dearborn Capital Group LLC**                                    **Unknown**

       **Nature of claim**       Breach of Contract
       **Amount requested**                    $0.00

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                    $0.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

11/27/23 4:54PM

| Debtor | **CoWorkrs 55 Broadway LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $127,207.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $203,710.02 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,055,618.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,386,535.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,386,535.11 |

11/27/23  4:54PM

**Fill in this information to identify the case:**

Debtor name     **CoWorkrs 55 Broadway LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | **Illinois Union Insurance** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**436 Walnut Street
10th Floor
Philadelphia, PA 19107**

Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Leon Goldenberg** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1360 E. 14th St
Suite 101
Brooklyn, NY 11230**

Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

11/27/23  4:54PM

Debtor **CoWorkrs 55 Broadway LLC**
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **Small Business Admin.** | Describe debtor's property that is subject to a lien | $160,695.12 | $0.00 |

Creditor's Name

**26 Federal Plaza**
**Suite 3100**
**New York, NY 10278**
Creditor's mailing address                     **Describe the lien**


                                               **Is the creditor an insider or related party?**

                                               ■ No
Creditor's email address, if known             ☐ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No

                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply

■ No                                           ☐ Contingent
☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $160,695.12

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

11/27/23  4:54PM

**Fill in this information to identify the case:**

Debtor name    **CoWorkrs 55 Broadway LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,304,430.51 |
|---|---|---|---|

**55 Broadway Associates**
**24 West 40th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.00 |
|---|---|---|---|

**City Printing & Signs**
**163 W 35 St**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EAR 55 Broadway LLC**
**999 Waterside Drive**
**Suite 2300**
**Norfolk, VA 23510**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.09 |
|---|---|---|---|

**Empire Pest Control**
**438 Court Street**
**Brooklyn, NY 11231**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

11/27/23  4:54PM

Debtor      **CoWorkrs 55 Broadway LLC**                                    Case number (if known) _____
              Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,357.26 |

**Fresh Direct Inc.**
**23-30 Bordon Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |

**Instant Offices**
**5505 N. Cumberland Ave**
**Suite 307**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $634.28 |

**Iron Mountain**
**2 Sun Court**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Lease Direct Inc.**
**1111 Old Eagle School Rd**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,653.04 |

**Liquid Space Inc**
**1900 S. Norfolk Street,**
**Suite 350**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.21 |

**Network Solutions LLC**
**515 Broadhallow Rd**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,931.44 |

**WUN Systems LLC**
**PO BOX 209414**
**Austin, TX 78720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

11/27/23  4:54PM

Debtor    **CoWorkrs 55 Broadway LLC**                                    Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Newman Ferrara LLP** <br> **1250 Broadway** <br> **27th Floor** <br> **New York, NY 10001** | Line __3.1__ <br><br> ☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $          **1,313,478.83** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $          **1,313,478.83** |

**Fill in this information to identify the case:**

Debtor name __**CoWorkrs 55 Broadway LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **See Exhibit 1 Filed on the Docket** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Various Licensees** _____ |

11/27/23  4:54PM

**Fill in this information to identify the case:**

Debtor name     **CoWorkrs 55 Broadway LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br><br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>City     State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **CoWorkrs 55 Broadway LLC**                       Case No. _____

                                   Debtor(s)           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐   **FLAT FEE**

        For legal services, I have agreed to accept ............................................. $ _____

        Prior to the filing of this statement I have received ............................. $ _____

        Balance Due ................................................................................. $ _____

    ■   **RETAINER**

        For legal services, I have agreed to accept and received a retainer of ......... $          **25,000.00**

        The undersigned shall bill against the retainer at an hourly rate of ............. $          **550.00**
        [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
        fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re    **CoWorkrs 55 Broadway LLC**
_____
                    Debtor(s)

Case No.    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 27, 2023**
_____
_Date_

**/s/ Avrum J. Rosen**
_____
**Avrum J. Rosen**
_Signature of Attorney_
**Law Offices of Avrum J. Rosen, PLLC**
**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527   Fax: 631-423-4536**
**arosen@ajrlawny.com**
_____
_Name of law firm_

11/27/23  4:54PM

# United States Bankruptcy Court
### Eastern District of New York

In re   __CoWorkrs 55 Broadway LLC__              Case No.   _____

                                 Debtor(s)       Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CoWorkrs, LLC**<br>**115 East 3rd Street**<br>**New York, NY 10009** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __November 27, 2023__             Signature   **/s/ David Goldwasser**

                                                           **David Goldwasser**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

11/27/23  4:54PM

# United States Bankruptcy Court
### Eastern District of New York

In re    **CoWorkrs 55 Broadway LLC**                                     Case No. _____
                                        Debtor(s)            Chapter    **11** _____

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **November 27, 2023** _____       **/s/ David Goldwasser** _____
                                                    **David Goldwasser**/**Chief Restructuring Officer**
                                                    Signer/Title

Date:  **November 27, 2023** _____       **/s/ Avrum J. Rosen** _____
                                                    Signature of Attorney
                                                    **Avrum J. Rosen**
                                                    **Law Offices of Avrum J. Rosen, PLLC**
                                                    **38 New St**
                                                    **Huntington, NY 11743-3327**
                                                    **631-423-8527   Fax: 631-423-4536**

USBC-44                                                                                     Rev. 9/17/98

55 Broadway Associates
24 West 40th Street
New York, NY 10018

City Printing & Signs
163 W 35 St
New York, NY 10001

EAR 55 Broadway LLC
999 Waterside Drive
Suite 2300
Norfolk, VA 23510

Empire Pest Control
438 Court Street
Brooklyn, NY 11231

Fresh Direct Inc.
23-30 Bordon Avenue
Long Island City, NY 11101

Illinois Union Insurance
436 Walnut Street
10th Floor
Philadelphia, PA 19107

Instant Offices
5505 N. Cumberland Ave
Suite 307
Chicago, IL 60656

Iron Mountain
2 Sun Court
Norcross, GA 30092

Lease Direct Inc.
1111 Old Eagle School Rd
Wayne, PA 19087

Leon Goldenberg
1360 E. 14th St
Suite 101
Brooklyn, NY 11230

Liquid Space Inc
1900 S. Norfolk Street,
Suite 350
San Mateo, CA 94403

Network Solutions LLC
515 Broadhallow Rd
Melville, NY 11747

Newman Ferrara LLP
1250 Broadway
27th Floor
New York, NY 10001

Small Business Admin.
26 Federal Plaza
Suite 3100
New York, NY 10278

Various Licensees

WUN Systems LLC
PO BOX 209414
Austin, TX 78720

11/27/23 4:54PM

# United States Bankruptcy Court
### Eastern District of New York

In re    **CoWorkrs 55 Broadway LLC**
_____
                              Debtor(s)

Case No. _____

Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CoWorkrs 55 Broadway LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CoWorkrs, LLC**
**115 East 3rd Street**
**New York, NY 10009**
_____

☐ None [_Check if applicable_]

**November 27, 2023**
_____
Date

**/s/ Avrum J. Rosen**
_____
**Avrum J. Rosen**
Signature of Attorney or Litigant
Counsel for    **CoWorkrs 55 Broadway LLC**
**Law Offices of Avrum J. Rosen, PLLC**
**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**
**arosen@ajrlawny.com**

11/27/23  4:54PM

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  CoWorkrs 55 Broadway LLC _____    **CASE NO.:** _____

　　　Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **23-44306**    JUDGE: _____    DISTRICT/DIVISION: **Eastern District of New York**

DEBTOR NAME: **CoWorkrs 3rd Street LLC**

CASE STILL PENDING (Y/N): **Y**    [*If closed*] Date of closing: _____

　CURRENT STATUS OF RELATED CASE: _____
　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

　MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____    [*If closed*] Date of closing: _____

　CURRENT STATUS OF RELATED CASE: _____
　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

　MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____    [*If closed*] Date of closing: _____

(OVER)

11/27/23  4:54PM

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ Avrum J. Rosen**
_____          _____
**Avrum J. Rosen**
Signature of Debtor's Attorney                                          Signature of Pro Se Debtor/Petitioner
**Law Offices of Avrum J. Rosen, PLLC**
**38 New St**
**Huntington, NY 11743-3327**                                      _____
**631-423-8527 Fax:631-423-4536**
                                                                                              Signature of Pro Se Joint Debtor/Petitioner


                                                                                              _____

                                                                                              Mailing Address of Debtor/Petitioner


                                                                                              _____

                                                                                              City, State, Zip Code


                                                                                              _____

                                                                                              Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.